IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE SMITH,

    Plaintiff,

vs.                                              4:06-CV-098-SPM

LEONA COLLINS, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 6) dated March 6, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed his objections (doc. 8) on March 27, 2006.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Plaintiff contends that he is mentally ill and presents a possible danger to himself or others unless he is permitted access to "another accessable [sic] outlet", *viz.*, the court system. The record shows that Plaintiff has had abundant access to the court system, judging from the more than 13 cases which have been

dismissed for failure to prosecute or failure to comply with court orders. Plaintiff's suggestion that he be sent copies of his past complaints so he can refresh his recollection as to the issues presented and defend them is not well-taken.

Plaintiff has not shown that he is entitled to relief. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 6) is adopted and incorporated by reference in this order.

2. The motion to proceed in forma pauperis (doc. 2) is hereby *denied.*

3. The complaint (doc. 1) is hereby *dismissed*.

4. The motion for protective order (doc. 7) is *dismissed* as moot.

5. The clerk is directed to note on the docket that this complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this fifth day of April, 2006.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge

/pao